**IN THE CIRCUIT COURT OF UPSHUR COUNTY, WEST VIRGINIA**

**AMANDA B. RIFFLE and**
**JASON C. RIFFLE**,
Plaintiffs,

**Civil Action No. CC-49-2025-C-42**

v.

**VANDERBILT MORTGAGE & FINANCE, INC.,**
Defendant.

**NOTICE OF FILING NOTICE OF REMOVAL**

**COMES NOW,** Defendant Vanderbilt Mortgage & Finance, Inc., by counsel, Carrie Goodwin Fenwick and Goodwin & Goodwin, LLP, and hereby gives notice to the Clerk of the Circuit Court of Upshur County, West Virginia that the above-named Defendant has filed a Notice of Removal (attached hereto without exhibits) in the United States District Court for the Northern District of West Virginia, of the above-referenced action.

Pursuant to the provision of 28 U.S.C. § 1446(d), the State Court must proceed no further in this case.

**VANDERBILT MORTGAGE & FINANCE, INC.**

**BY COUNSEL**

***/s/ Carrie Goodwin Fenwick***
Carrie Goodwin Fenwick (WV Bar No. 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodiwn.com

**IN THE CIRCUIT COURT OF UPSHUR COUNTY, WEST VIRGINIA**

**AMANDA B. RIFFLE and**
**JASON C. RIFFLE**,
Plaintiffs,

**Civil Action No. CC-49-2025-C-42**

v.

**VANDERBILT MORTGAGE & FINANCE, INC.,**
Defendant.

## CERTIFICATE OF SERVICE

I, Carrie Goodwin Fenwick, Esquire, counsel for Vanderbilt Mortgage & Finance, Inc., do hereby certify that a true and exact copy of the foregoing **"NOTICE OF FILING NOTICE OF REMOVAL"** was served and filed via Efile and via mailing through the United States Mail, postage prepaid, to counsel of record and addressed as follows:

Daniel F. Hedges
Lydia C. Milnes
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
(Counsel for Plaintiff)

On the 7th day of July, 2025.

/*s/ Carrie Goodwin Fenwick*