**IN THE U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS DIVISON**

**AMANDA B. RIFFLE and**
**JASON C. RIFFLE,**

**Plaintiffs,**

**v.** **CIV. ACT. NO. 25-cv-0013-TSK**

**VANDERBILT MORTGAGE & FINANCE, INC.,**
**a corporation and affiliate of Clayton Homes, Inc,**

**Defendant.**

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiffs Amanda Riffle and Jason Riffle, by counsel, and Defendant Vanderbilt Mortgage & Finance, Inc., by counsel, and represent to the Court that all claims between Plaintiffs and Defendant have been settled and compromised and thereupon, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties jointly stipulate to the dismissal of this action in its entirety with prejudice.

**RESPECTFULLY SUBMITTED,**

*/s/ Lydia C. Milnes*
Lydia C. Milnes (WVSB #10598)
MOUNTAIN STATE JUSTICE, INC.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: 304-326-2040
Fax: 304-326-0189
lydia@msjlaw.org

Daniel F. Hedges (WVSB # 1660)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-553-4843
dan@msjlaw.org
*Counsel for Plaintiffs*

*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick (WV Bar 7164)
GOODWIN & GOODWIN, LLP
300 Summers Street
Suite 1500
Charleston, West Virginia 25301
(304) 346-7000
cgf@goodwingoodwin.com
*Attorney for Vanderbilt Mortgage and Finance, Inc.*

**IN THE U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS DIVISON**

**AMANDA B. RIFFLE and**
**JASON C. RIFFLE,**

**Plaintiffs,**

**v.** **CIV. ACT. NO. 25-cv-0013-TSK**

**VANDERBILT MORTGAGE & FINANCE, INC.,**
**a corporation and affiliate of Clayton Homes, Inc,**

**Defendant.**

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, I filed this document with the Clerk of the Court via its electronic filing system. Service on the following will occur through that system:

Carrie Goodwin Fenwick (WV Bar 7164)
GOODWIN & GOODWIN, LLP
300 Summers Street
Suite 1500
Charleston, West Virginia 25301
(304) 346-7000
cgf@goodwingoodwin.com
*Attorney for Vanderbilt Mortgage and Finance, Inc.*

*/s/ Lydia C. Milnes*
Lydia C. Milnes (WV Bar No. 10598)